# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2292

_____

Jose Dario Ruesga

*Plaintiff - Appellant*

v.

Andrew Boettger, Iowa Board of Parole; Beth Skinner, Iowa Department of Corrections/Director

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: December 12, 2022
Filed: December 15, 2022
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jose Ruesga has filed this interlocutory appeal from the district court's[1] denial of class-action certification. We conclude that Ruesga has failed to properly petition

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

this court for permission to appeal the order, as required by Federal Rule of Civil Procedure 23(f).  See Nutraceutical Corp. v. Lambert, 139 S. Ct. 710, 713-15 (2019).

Accordingly, we dismiss the appeal.

_____